# Third District Court of Appeal

## State of Florida

Opinion filed June 28, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0264
Lower Tribunal No. F18-8260
_____

**Kenyatta Harmon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Kenyatta Harmon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.